DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY J. OLSEN,**
Appellant,

v.

**CITY OF FORT LAUDERDALE,**
Appellee.

No. 4D20-2376

[November 4, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE19-013241(18).

Gary J. Olsen of Olsen & Olsen, LLP, Fort Lauderdale, for appellant.

John P. Seiler of Seiler, Sautter, Zaden, Rimes & Wahlbrink, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***